**GENERAL VOIR DIRE ISSUES**

**JURORS ERRONEOUSLY EXCUSED FOR CAUSE OVER DEFENDANT'S OBJECTION AND WITHOUT ALLOWING THE DEFENSE AN OPPORTUNITY TO VOIR DIRE THE JURORS**

**APPELLANT'S ISSUES NO. 8**

**THE TRIAL COURT ERRED IN GRANTING THE STATE'S CHALLENGE FOR CAUSE AGAINST VENIREPERSON MARY BOULOS**

**APPELLANT'S ISSUE NO. 9**

**THE TRIAL COURT'S GRANTING THE STATE'S CHALLENGE FOR CAUSE ON JUROR MARY BOULOS DENIED THE DEFENDANT HIS CONSTITUTIONAL RIGHT TO COUNSEL UNDER ART. 1 SEC. 10 TEXAS CONSTITUTION**

**APPELLANT'S ISSUE NO. 10**

**THE TRIAL COURT GRANTING THE STATE'S CHALLENGE FOR CAUSE DENIED APPELLANT'S RIGHT TO COUNSEL UNDER THE 5TH, 6TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION**

**APPELLANT'S ISSUES NO. 11**

**THE TRIAL COURT ERRED IN GRANTING THE STATE'S CHALLENGE FOR CAUSE AGAINST VENIREPERSON JUDITH MCDANIEL**

**APPELLANT'S ISSUE NO.12**

**THE TRIAL COURT'S GRANTING THE STATE'S CHALLENGE FOR CAUSE ON JUROR JUDITH McDANIEL DENIED THE DEFENDANT HIS CONSTITUTIONAL RIGHT TO COUNSEL UNDER ART. 1 SEC. 10 TEXAS CONSTITUTION**

**APPELLANT'S ISSUE NO. 13**

**THE TRIAL COURT GRANTING THE STATE'S CHALLENGE FOR CAUSE DENIED APPELLANT'S RIGHT TO COUNSEL UNDER THE 5TH, 6TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION**

**APPELLANT'S ISSUE NO. 14**

**THE TRIAL COURT ERRED IN GRANTING THE STATE'S CHALLENGE FOR CAUSE AGAINST VENIREPERSON JERRY PLANK**

**APPELLANT'S ISSUE NO.15**

**THE TRIAL COURT'S GRANTING THE STATE'S CHALLENGE FOR CAUSE ON JUROR TERRY PLANK DENIED THE DEFENDANT HIS CONSTITUTIONAL RIGHT TO COUNSEL UNDER ART. 1 SEC. 10 TEXAS CONSTITUTION**

**APPELLANT'S ISSUE NO. 16**

**THE TRIAL COURT GRANTING THE STATE'S CHALLENGE FOR CAUSE DENIED APPELLANT'S RIGHT TO COUNSEL UNDER THE 5TH, 6TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION**

**APPELLANT'S ISSUES NO. 17**

**THE TRIAL COURT ERRED IN GRANTING STATE'S CHALLENGE ON JUROR FLOYD STANMORE OVER THE OBJECTIONS OF THE DEFENSE**